LODGED

2003 DEC 15 PM 1:59

CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY

FILED
CLERK, U.S. DISTRICT COURT
DEC 16 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

SCANNED

cc LASC BC299718 w/ letter & orders

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN J. BERNHEIM, an individual, on behalf of himself and the general public;<br><br>Plaintiff,<br><br>vs.<br><br>BANC OF AMERICA INVESTMENT SERVICES, INC., a Florida Corporation; et al.<br><br>Defendants. | **CASE NO. CV 03-6068 (RSWL) (MANx)**<br><br>~~[Proposed]~~ **ORDER RE: JOINT MOTION TO REMAND**<br><br>Date: December 15, 2003<br>Time: 9:00 a.m.<br>Place: Court Room 21, 5th Floor<br><br>Hon. Ronald S. W. Lew, Judge |

ENTER ON ICMS
DEC 17 2003

DEC 17 2003

21

Plaintiffs Steven J. Bernheim's and Defendant Akamai Technologies, Inc.'s Joint Motion to Remand to the Superior Court of the State of California for the County of Los Angeles came on for hearing before this Court, on December 15, 2003.

SCANNED

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that this action is remanded to the Los Angeles Superior Court.

RONALD S.W. LEW

Dated: 12-16-03

United States District Judge

Ronald S.W. Lew

PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 11650 Riverside Drive, Suite 6, North Hollywood, California 91602. On 12/15, 2003, I served the foregoing documents described as:

[Proposed] **ORDER RE: JOINT MOTION TO REMAND**

on interested parties in this action by placing () the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

[x] **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondences for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

[] **(VIA FACSIMILE)** I caused such document to be transmitted via facsimile. Such transmission was reported via facsimile confirmation sheet as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on 12/15, 2003, at North Hollywood, California.

# SERVICE LIST

| | |
|---|---|
| Christopher G. Caldwell, Esq.<br>Michael V. Schafler, Esq.<br>Caldwell, Leslie, Newcombe & Pettit<br>1000 Wilshire Boulevard, Suite 600<br>Los Angeles, California 90017-2463 | Counsel for defendant Akamai Technologies, Inc |
| John F. Batter III, Esq.<br>Jonathan A. Shapiro, Esq.<br>Hale and Dorr LLP<br>60 State Street<br>Boston, Massachusetts 02109 | Counsel for defendant Akamai Technologies, Inc |
| Lorenzo Gasparetti, Esq.<br>Reed Smith Crosby Heafey LLP<br>355 South Grand Ave., Suite 2900<br>Los Angeles, California 90071 | Counsel for Bank of America |
| Todd Atkins, Esq.<br>Keesal Young & Logan<br>400 Oceangate<br>Long Beach, California 90801-1730 | Counsel for UBOC Investment Services, Inc. |

SCANNED